IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. LANNING,

    Petitioner,               No. CIV S-06-2895 FCD EFB P

    vs.

M. KRAMER,

    Respondent.           ORDER

                                          /

       Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.  Petitioner has not filed his application for a writ of habeas corpus on the form used in this district.

       A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis* on the form used by this district.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Within 30 days from the date this order is served, petitioner shall submit an application for a writ of habeas corpus on the form used in this district.

/////

1

2. Within 30 days from the date this order is served, petitioner may submit either the filing fee or the application required by section 1915(a).  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to mail to petitioner form applications for a writ of habeas corpus and for leave to proceed *in forma pauperis*.

So ordered.

Dated:  November 1, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE