IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. LANNING,

    Petitioner,                   No. CIV S-06-2895 FCD EFB P

    vs.

M. KRAMER, Warden,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. By order filed November 1, 2007, the court directed plaintiff to submit applications to proceed *in forma pauperis* and for a writ of habeas corpus on the forms used in this district.

    Petitioner has filed an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

    Petitioner has yet to file an amended petition.

    Accordingly, it is hereby ordered that:

    1. Petitioner's request for leave to proceed *in forma pauperis* is granted; and

////

1

2. Petitioner is granted an extension of time of 30 days from the date this order is served within which to file an amended petition on the form used in this district. Failure to do so within the allotted time may result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff another copy of the form used in this district to apply for a writ of habeas corpus.

Dated: December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2