IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. LANNING,

    Petitioner,                             No. CIV S-06-2895 FCD EFB P

    vs.

M. KRAMER, Warden,

    Respondent.                         ORDER

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 1, 2007, the petition was dismissed with leave to amend on the form used in this district. On January 3, 2008, petitioner filed an amended petition.

        A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. It is not apparent from the face of the amended petition that the petitioner is not entitled to relief.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent shall file and serve an answer or motion responding to the application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An

1

answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254 Cases.

2. If the response is an answer, petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

3. If the response is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion.  Respondent shall have 15 days to file and serve a reply to any opposition.

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's January 3, 2008, amended petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The Clerk of the Court also shall serve on the Senior Assistant Attorney General the consent form used in this court.

Dated:  December 12, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2