UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN P. LANNING,

        Plaintiff,                    Case No. 2:06-cv-2895 FCD EFB P

    v.                                **O R D E R**

M. KRAMER,

        Defendant.

_____/

    Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate. <u>See</u> 28 U.S.C. §636(a)(5) and (c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Edmund F. Brennan. The parties shall please take note that all documents hereafter filed with the

```
 1  Clerk of the Court shall bear case No. 2:06-cv-2895 EFB P. All
 2  currently scheduled dates presently set before Judge Damrell are
 3  hereby VACATED.
 4  DATED: January 20, 2009
```

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

   Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: January 20, 2009

_____
UNITED STATES MAGISTRATE JUDGE